UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marshall I. Kult,

Plaintiff,

vs.

Deluxe Corporation and
eFunds Corporation,

Defendants.

**Civil File No. 00-CV-2525 (MJD/JGL)**

**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULE**

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel, that the Court's Pretrial Order of February 5, 2001 shall be amended as follows:

1. The period during which the parties may seek discovery shall be completed by January 1, 2002.
2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to January 1, 2002.
3. The dispositive motion deadline and "ready for trial" date included in the Court's prior order shall remain unchanged.

Dated: 10/23/01

**BERTELSON LAW OFFICES. P.A.**

By [signature]
Beth E. Bertelson (#186806)
David J. Schaibley (#279250)
101 Union Plaza
333 Washington Avenue North
Minneapolis, Minnesota 55401
Phone: (612) 278-9832

Attorneys for Plaintiff

OCT 24 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 10/23/01

**DORSEY & WHITNEY LLP**

By [signature]
David J. Lauth (#14552X)
Michael Iwan (#28628X)
50 South Sixth Street
Suite 1500
Minneapolis, Minnesota 55402-1498
Phone: (612) 340-2600

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: Oct 24, 2001

[signature]
Jonathan Lebedoff
United States Magistrate Judge