UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marshall I. Kult,

Civ. File No. 00-2525 (MJD/JGL)

Plaintiff,

v.

**ORDER**

Deluxe Corporation and
eFunds Corporation,

Defendants.

---

This matter is before the Court on Plaintiff's appeal from the Order of Magistrate Judge Jonathan Lebedoff dated December 21, 2001. Local Rule 72.1(b)(2) provides that any party may appeal from a Magistrate Judge's order on a nondispositive pretrial matter within 10 days after service of that order. Plaintiff filed his appeal on February 1, 2001.

Plaintiff attempts to characterize the appeal as timely because he disputed whether Defendants ultimately complied with Magistrate Judge Lebedoff's Order. On January 21, 2002, Plaintiff submitted a letter to Defendants to that effect. Apparently, the parties held a very brief verbal conference with Magistrate Judge Lebedoff about the matter on January 23, 2002, which Plaintiff characterizes as a "clarification" of the Order.

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Notwithstanding these events, it is clear that Plaintiff's appeal is untimely under the Local Rules. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's appeal (Clerk Doc. No. 41) is **DISMISSED**.

Dated: 2-13, 2002

Michael J. Davis
United States District Court Judge