**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Marshall I. Kult,

Plaintiff,

vs.

Deluxe Corporation and
eFunds Corporation,

Defendants.

**Civil File No. 00-CV-2525 (MJD/JGL)**

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel, that this matter may be dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: 6-21-02

**BERTELSON LAW OFFICES. P.A.**

By [signature]
Beth E. Bertelson (#186806)
David J. Schaibley (#279250)
101 Union Plaza
333 Washington Avenue North
Minneapolis, Minnesota 55401
Phone: (612) 278-9832

Attorneys for Plaintiff

FILED JUN 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated: 6/21/02

**DORSEY & WHITNEY LLP**

By [signature]

David J. Lauth (#14552X)
Michael Iwan (#28628X)
50 South Sixth Street
Suite 1500
Minneapolis, Minnesota 55402-1498
Phone: (612) 340-2600

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: June 27, 2002

[signature]

Hon. Michael J. Davis
United States District Judge

Kult v. Deluxe Corporation, et al, Civil No.: 00-2525 (MJD/JGL)

F
F
J
D
K